# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RIDUAN BIN ISOMUDDIN HAMBALI,

Petitioner,

v.

BARACK OBAMA, et al.,

Respondents.

Civil Action No. 10-0407 (JDB)

## ORDER

Upon consideration of [48] Respondents' Consent Motion for Partial Two-Week Extension of Time to Deposit Small Number of Classified Documents with the Classified Information Security Officer ("CISO") Pursuant to [47] the Court's Order of September 28, 2012, it is hereby

**ORDERED** that Respondents' motion is **GRANTED**. Respondents shall deposit with the CISO the outstanding classified documents that are potentially exculpatory, pursuant to Section I.D.1 of the Case Management Order and [47] the Court's Order of September 28, 2012, by not later than October 12, 2012. It is further

**ORDERED** that on that date, the government shall file a notice certifying either that it has disclosed the exculpatory evidence or that it does not possess any exculpatory evidence.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: September 28, 2012